1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
2  AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
   GALLOWAY, LUCCHESE, EVERSON & PICCHI
3  A Professional Corporation
   1676 North California Blvd., Suite 500
4  Walnut Creek, CA  94596-4183
   Tel. No. (925) 930-9090; Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   BABCOCK & WILCOX CONSTRUCTION CO., INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 EDWARD L.A. McWHORTER,              Case No.   C07 04341 JW

12            Plaintiff,

13     vs.                             **DECLARATION OF AARON T. SCHULTZ,
                                       ESQ. IN SUPPORT OF DEFENDANT
                                       BABCOCK & WILCOX CONSTRUCTION**
14 BABCOCK & WILCOX CONSTRUCTION CO., **CO., INC.'S NOTICE OF REMOVAL OF**
   INC.,                              **ACTION**
15
            Defendants.
16

17

18 _____

19         I, Aaron T. Schultz, certify and declare as follows:

20         1.      I am an attorney at law duly licensed to practice in the State of California and an

21 associate with the law firm of GALLOWAY, LUCCHESE, EVERSON & PICCHI, attorneys of

22 record for defendant BABCOCK & WILCOX CONSTRUCTION CO., INC., (B&W").   I have

23 personal knowledge of the facts stated herein, except those based on information and belief,

24 and if called and sworn as a witness, I would and could testify competently under oath thereto.  I

25 submit this declaration in support of B&W's Notice of Removal of Action.

26         2.      I am informed and believe that on March 27, 2007, a complaint was filed against

27 B&W in the Superior Court of California, County of Contra Costa, as Case No. C07 00551.  On

28 or about July 20, 2007, plaintiff mailed forms requesting plaintiff acknowledge receipt of the

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

**:  DECLARATION OF AARON T. SCHULTZ, ESQ. IN SUPPORT OF DEFENDANT BABCOCK
& WILCOX CONSTRUCTION CO., INC.'S NOTICE OF REMOVAL OF ACTION**                220-8110/ATS/335751.doc

1  summons and complaint to defendant B&W's designated agent for service of process in Los

2  Angeles, California, pursuant to California Code of Civil Procedure § 415.30.  Defendant B&W

3  has not signed nor returned to plaintiff the Notice of Acknowledgment of Receipt of the

4  Summons and Complaint, and thus plaintiff has not perfected service on defendant B&W

5  pursuant to C.C.P. § 415.30.  Further, to date, plaintiff has not perfected service of process on

6  Defendant B&W by any other means.

7       3.    Attached hereto as **Exhibit A** are true and correct copies of the Summons,

8  Complaint, and Civil Cover sheet filed with the Superior Court of Contra Costa County as Case

9  No. C07 00551.

10       4.    I am informed and believe that there have been no further proceedings in case

11  No. C07 00551, and no other pleadings have been filed or served upon plaintiff or B&W in this

12  action.

13       I declare under penalty of perjury under the laws of the United States that the foregoing

14  is true and correct.

15       Executed on this 22nd day of August, 2007, in Walnut Creek, California.

16  Dated:  August 22, 2007

17

18                                  */s/ Aaron T. Schultz*

19                                  AARON T. SCHULTZ, ESQ.

20

21

22

23

24

25

26

27

28

2

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

**:  DECLARATION OF AARON T. SCHULTZ, ESQ. IN SUPPORT OF DEFENDANT BABCOCK
& WILCOX CONSTRUCTION CO., INC.'S NOTICE OF REMOVAL OF ACTION**

220-8110/ATS/335751.doc