1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
2  AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
   GALLOWAY, LUCCHESE, EVERSON & PICCHI
3  A Professional Corporation
   1676 North California Blvd., Suite 500
4  Walnut Creek, CA 94596-4183
   Tel. No. (925) 930-9090; Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   BABCOCK & WILCOX CONSTRUCTION CO., INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 EDWARD L.A. McWHORTER,              Case No.   C07 04341 JW

12         Plaintiff,
                                       **DEFENDANT BABCOCK & WILCOX
13     vs.                             CONSTRUCTION CO., INC.'S CERTIFICATE
                                       OF INTERESTED ENTITIES OR PERSONS
14 BABCOCK & WILCOX CONSTRUCTION CO.,  PURSUANT TO LOCAL CIVIL RULE 3-16**
   INC.,
15
           Defendant.
16

17

18

19 _____

20

21 TO THE CLERK OF THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

22     Pursuant to Civil L.R. 3-16, the undersigned certified that the following listed persons,

23 associations of persons, firms, partnerships, corporations (including parent corporations), or

24 other entities have a financial interest in the subject matter in controversy or in a party to the

25 proceedings:

26     1.  Plaintiff Edward L.A. McWhorter

27     2.  Defendant BABCOCK & WILCOX CONSTRUCTION CO., INC.

28 //                                         1

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

**C07 04341 JW:  DEFENDANT BABCOCK & WILCOX CONSTRUCTION CO., INC.'S
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL CIVIL
RULE 3-16**

220-8110/ATS/335750.doc

1  3. McDermott International, Inc. (parent company of Babcock & Wilcox Construction
2  Co., Inc.).

3 Dated: October 11, 2007

4                                             GALLOWAY, LUCCHESE, EVERSON & PICCHI

6                                             By: */s/ Aaron T. Schultz*
7                                                  AARON T. SCHULTZ, ESQ.
                                              Attorneys for Defendant
8                                             BABCOCK & WILCOX CONSTRUCTION CO., INC.

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

**C07 04341 JW:  DEFENDANT BABCOCK & WILCOX CONSTRUCTION CO., INC.'S
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL CIVIL
RULE 3-16**

220-8110/ATS/335750.doc