MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090; Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
BABCOCK & WILCOX CONSTRUCTION CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L.A. McWHORTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BABCOCK & WILCOX CONSTRUCTION CO., INC.,<br><br>　　　　　Defendants. | Case No.   C07 04341 JW<br><br>**CERTIFICATE OF SERVICE** |

_____

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

**C07 04341 JW:  CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　　　　　220-8110/ATS/336446.doc

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Galloway, Lucchese, Everson & Picchi, 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On August 22, 2007 I served the within document(s):

1. **CIVIL COVER SHEET**
2. **NOTICE OF REMOVAL OF ACTION**
3. **DECLARATION OF AARON T. SCHULTZ, ESQ. in support**
4. **DEFENDANT BABCOCK & WILCOX CONSTRUCTION CO., INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS in support**
5. **CERTIFICATE OF SERVICE**

**[ X ]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth below.

| | |
|---|---|
| John R. Waterman, Esq. | Counsel for Plaintiff EDWARD L.A. McWHORTER |
| Waterman Law | |
| 2950 Buskirk Avenue, Suite 315 | |
| Walnut Creek, CA 94597 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 22, 2007 at Walnut Creek, California.

*/s/ Donna M. Anderson*
Donna M. Anderson

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

**C07 04341 JW: CERTIFICATE OF SERVICE**                        220-8110/ATS/336446.doc