1  MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
   JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
2  AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
   GALLOWAY, LUCCHESE, EVERSON & PICCHI
3  A Professional Corporation
   1676 North California Blvd., Suite 500
4  Walnut Creek, CA  94596-4183
   Tel. No. (925) 930-9090; Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   BABCOCK & WILCOX CONSTRUCTION CO., INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 EDWARD L.A. McWHORTER,              Case No.   C07 04341 JW

12          Plaintiff,

13     vs.                             **CERTIFICATE OF FILING AND SERVICE**

14 BABCOCK & WILCOX CONSTRUCTION CO.,
   INC.,
15
            Defendants.
16
   _____

28

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

**C07 00551:  CERTIFICATE OF FILING AND SERVICE**                                    220-8110/ATS/336601.doc

## CERTIFICATE OF FILING AND SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Galloway, Lucchese, Everson & Picchi, 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On August 23, 2007 I served the within document(s):

1. **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
2. **CERTIFICATE OF FILING AND SERVICE**

**[ X ]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed to the parties as set forth below.

| | |
|---|---|
| John R. Waterman, Esq.<br>Waterman Law<br>2950 Buskirk Avenue, Suite 315<br>Walnut Creek, CA  94597 | Counsel for Plaintiff EDWARD L.A. McWHORTER |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2007 at Walnut Creek, California.

_____
Donna M. Anderson

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

**C07 00551:  CERTIFICATE OF FILING AND SERVICE**        220-8110/ATS/336601.doc