MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090; Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
BABCOCK & WILCOX CONSTRUCTION CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L.A. McWHORTER, | Case No. C07 04341 JW |
| Plaintiff, | Hon. James Ware |
| vs. | **DECLARATION OF AARON T. SCHULTZ IN SUPPORT OF MOTION TO DISMISS** |
| BABCOCK & WILCOX CONSTRUCTION CO., INC., | |
| Defendants. | **Date:     October 15, 2007**<br>**Time:     9:00 a.m.**<br>**Courtroom: 8** |

I, AARON T. SCHULTZ, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and am an associate with the law firm Galloway, Lucchese, Everson & Picchi, attorneys of record for defendant BABCOCK & WILCOX CONSTRUCTION CO., INC. ("B&W"). I am competent to testify to the matters set forth in this Declaration and if called upon to do so, I would and could so testify.

2. Attached as **Exhibit A** is a true and correct copy of the booklet which encompasses the Articles of Agreement between the International Brotherhood of Boilermakers,

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

C07 00551: DECLARATION OF AARON T. SCHULTZ IN SUPPORT OF MOTION TO DISMISS       220-8110/ATS/335752.doc

1  Steel Shipbuilders, and Ironworkers and Signatory Contractors (including defendant B&W) for
2  the thirteen western states.
3      I declare under penalty of perjury under the laws of the State of California and the United
4  States that the foregoing is true and correct.
5      Executed this 5th day of September, 2007 in Walnut Creek, California.

7      /s/ Aaron T. Schultz
       AARON T. SCHULTZ

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

**C07 00551: DECLARATION OF AARON T. SCHULTZ IN SUPPORT OF MOTION TO DISMISS**     220-8110/ATS/335752.doc