MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
JOSEPH E. FINKEL, ESQ. (State Bar No. 167397)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090; Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
BABCOCK & WILCOX CONSTRUCTION CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD L.A. McWHORTER, | Case No. C07 04341 JW |
| Plaintiff, | Hon. James Ware |
| vs. | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| BABCOCK & WILCOX CONSTRUCTION CO., INC., | |
| Defendants. | **Date:    October 15, 2007**<br>**Time:    9:00 a.m.**<br>**Courtroom: 8** |

The motion of defendant BABCOCK & WILCOX CONSTRUCTION CO., INC., came on regularly for a hearing today;

The Court having considered the Complaint, defendant BABCOCK & WILCOX CONSTRUCTION CO., INC.'S motion to dismiss, and the other papers and pleadings on file herein; now therefore, good cause appearing, the Court hereby grants defendant BABCOCK & WILCOX CONSTRUCTION CO., INC.'S motion to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure without leave to amend.

Dated:_____

_____
Judge of the United States District Court
for the Northern District of California

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

**C07 04341 JW: [PROPOSED] ORDER GRANTING MOTION TO DISMISS**                    220-8110/ATS/337718

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

**C07 04341 JW: [PROPOSED] ORDER GRANTING MOTION TO DISMISS**

220-8110/ATS/337718