**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

| EDWARD L.A. MCWHORTER | NO. CV 07-04341 JW |
|---|---|
| Plaintiff, | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |
| v. | |
| BABCOCK AND WILCOX CONSTRUCTION CO., INC. | |
| Defendant. / | |

15
16  On 8/22/07, counsel for defendant filed a Notice of removal and supporting documents manually, on
17  paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order
18  45.
19
20  The above mentioned  paper document has been filed and docketed. However, General Order 45
21  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22  presumptively designated" as e-filing cases. Therefore, counsel for defendant  should submit the Notice
23  of removal and supporting documents, in PDF format within 10 days, as an attachment in an ***e-mail***
24  message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click
25  on the **Judges** button and follow the procedure listed there).  Do ***not*** e-file a document which has been
26  previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
27  be e-filed.
28

**United States District Court**
For the Northern District of California

1   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2   become an ECF User and be assigned a user ID and password for access to the system upon designation

3   of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4   must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5   at ecf.cand.uscourts.gov.

6   Dated: October 10, 2007                                    <u>Cindy Vargas</u>
                                                               Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2