IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward L.A. McWhorter,<br><br>    Plaintiff,<br>  v.<br><br>Babcock & Wilcox Construction Co., Inc.<br>    Defendant.<br>_____/ | NO. C 07-04341 JW<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

On September 5, 2007, Defendant noticed a Motion to Dismiss set for a hearing on October 15, 2007. Pursuant to the Civil Local Rules, Plaintiff's opposition was due on September 24, 2007. The Clerk moved the hearing to November 26, 2007. The Court may, *sua sponte*, continues a hearing on a motion without extending the briefing schedule. To date, Plaintiff has failed to file an opposition. The Court continues the hearing to **December 10, 2007 at 9 AM.** Plaintiff shall file its opposition by **November 19, 2007;** failure to do so may result in a dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

Dated: October 30, 2007

                                                      JAMES WARE<br>                                                      United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Aaron Thomas Schultz aschultz@glattys.com
   John Waterman jwaterman@clappmoroney.com
3  Martin J. Everson meverson@glattys.com

4
   **Dated:  October 30, 2007**                         **Richard W. Wieking, Clerk**
5

6                                                        **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
7                                                             **Courtroom Deputy**