United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L.A. MCWHORTER,<br><br>  Plaintiff(s),<br><br>  v.<br><br>BABCOCK AND WILCOX CONSTRUCTION CO., INC.,<br><br>  Defendant(s).<br>_____/ | No. C 07-04341 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Case Management Conference before Judge James Ware previously noticed for December 31, 2007 at 10:00 AM, has been reset to **January 14, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference by January 4, 2008.

Dated: November 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  ___/s/___
       Elizabeth Garcia
       Courtroom Deputy