UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 12/10/2007  **Court Reporter:** Irene Rodriguez
**Case No: C-07-07-04341  JW**  **Interpreter:** N/A

TITLE

Edward McWhorter v. Babock & Wilcox Construction Co. Inc.

**Attorney(s) for Plaintiff(s)**: No appearance made
**Attorney(s) for Defendant(s)**: Joseph Finkel

PROCEEDINGS

Defendant's Motion to Dismiss

ORDER AFTER HEARING

Hearing held.  No appearance was made by or on behalf of Plaintiff.  The Court granted the Defendant's Motion to Dismiss.  The Court to issue sanctions against Plaintiff.  The Court to issue further order on Defendant's Motion.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: