1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward McWhorter, | NO. C 07-04341 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Babcock & Wilcox Construction Co., Inc., | |
| Defendant. | |

Pursuant to the Court's February 22, 2008 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant Babcock & Wilcox Construction Co., Inc., against Plaintiff Edward McWhorter.

Defendant shall be entitled to fees and costs.

The Clerk shall close this file.

Dated:  March 28, 2008

_____
JAMES WARE
United States District Judge

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Aaron Thomas Schultz aschultz@glattys.com
     John Waterman jwaterman@clappmoroney.com
3    Joseph Edward Finkel jfinkel@glattys.com
     Martin J. Everson meverson@glattys.com
4

5    **Dated:  March 28, 2008**                     **Richard W. Wieking, Clerk**

6
                                                    **By:   /s/ JW Chambers**
7                                                        **Elizabeth Garcia**
                                                         **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California